■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARON VINSON, Appellant. [899 NYS2d 849]—

Judgment, Supreme Court, New York County (Charles J. Tejada, J.), rendered October 15, 2008, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance

in the third degree and sentencing him, as a second felony drug offender, to a term of four years, unanimously modified, as a matter of discretion in the interest of justice, to reduce defendant's prison sentence to a term of 3½ years, and otherwise affirmed.

At the plea, defendant was repeatedly advised by the court that if he complied with all of the conditions of the plea agreement he would be allowed to replead to a D felony and be sentenced to a prison term of 1½ years instead of getting a prison term of 3½ years. However, when defendant violated the conditions of the plea, the court sentenced him to a prison term of four years.

Under these circumstances, we are of the opinion that defendant is entitled, as a matter of essential fairness, to specific performance of the plea bargain and a reduction of the prison term to 3½ years. An objective reading of the plea bargain can leave no doubt that defendant's relied on a 3½-year term and this understanding should be honored (*see People v Jones*, 75 AD2d 734 [1980]).

We have considered and rejected defendant's ineffective assistance of counsel argument. Concur—Andrias, J.P., Sweeny, Renwick, Abdus-Salaam and Manzanet-Daniels, JJ.